# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2043
_____

United States of America

*Plaintiff - Appellee*

v.

Jeremy Thomas Traylor

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison
_____

Submitted: September 29, 2021
Filed: October 4, 2021
[Unpublished]
_____

Before LOKEN, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Jeremy Thomas Traylor appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed

_____

[1]The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Having reviewed the record under a deferential abuse-of-discretion standard of review, <u>see</u> <u>Gall v. United States</u>, 552 U.S. 38, 41, 51 (2007), we conclude the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); <u>see also</u> <u>United States v. Richart</u>, 662 F.3d 1037, 1054 (8th Cir. 2011); <u>United States v. Lazarski</u>, 560 F.3d 731, 733 (8th Cir. 2009). We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____